IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN MOORE & CO., a New Jersey corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. ) FILED: JUNE 9, 2008 ) 08CV3307 |
| PATHMANN PAINT CORPORATION, an Illinois corporation, | ) JUDGE LINDBERG ) MAGISTRATE JUDGE ASHMAN ) |
| Defendant. | ) ) PH |

**COMPLAINT FOR BREACH OF
CONTRACT AND ACCOUNT STATED**

Plaintiff, Benjamin Moore & Co., a New Jersey corporation ("Benjamin Moore"), by and through its attorneys, Bryan I. Schwartz, Gary I. Blackman and Adam Rome with Levenfeld Pearlstein, LLC, and with its complaint as to defendant, Pathmann Paint Corporation, an Illinois corporation ("Pathmann"), states as follows:

**Nature of Case**

This is an action by Benjamin Moore, a New Jersey corporation against Pathmann, one of Plaintiff's customers, for Breach of Contract and Account Stated related to Pathmann's relationship as an authorized retailer for the sale of Benjamin Moore paint and related paint products.

**Parties**

1.　Benjamin Moore is a New Jersey corporation with its principal place of business in Montvale, New Jersey and is qualified to do business in the State of Illinois.

2.　Pathmann is an Illinois corporation with its principal place of business in Palatine, Illinois.

### Jurisdiction and Venue

3. This court has jurisdiction over the subject matter of this claim pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000 exclusive of costs.

4. Venue is proper in this district under 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to the claims asserted herein arose in this district.

### Factual Allegations

5. Benjamin Moore is a nationwide leader in the sale of paint and paint products.

6. Since prior to 2003, Benjamin Moore has supplied paint and paint products to Pathmann.

7. Pathmann was an authorized retailer of Benjamin Moore during the term of this relationship. Pathmann would order paint and paint products pursuant to purchase orders on the terms: 2%, 10th Prox., Net Next Statement.

8. Pathmann has repeatedly failed to make payment after repeated demands for payment by Benjamin Moore.

9. As a proximate result of Pathmann's failure to pay such purchase orders, Benjamin Moore has been monetarily damaged in the amount of $614,025.22.

10. Benjamin Moore has complied with all obligations agreed to between the parties.

### COUNT I

### (Breach of Contract)

11. Plaintiff realleges and incorporates paragraphs 1 through 10 of this Complaint as paragraphs 1 through 10 of this Count I.

12.　　Pathmann was required to make payments to Benjamin Moore pursuant to purchase orders it initiated for paint and paint products. A copy of the most recent monthly statement is attached hereto as <u>Exhibit 1</u> and made a part hereof.

13.　　Pathmann has refused to make payments to Benjamin Moore.

WHEREFORE, Benjamin Moore respectfully requests that this Court enter a judgment in its favor and against Pathmann in the amount of $614,025.22 as of April 21, 2008 and for any charges that occur thereafter or for such other and further relief as this Court deems just and proper.

## COUNT II

### (Account Stated)

14.　　Plaintiff realleges and incorporates paragraphs 1 through 12 of this Complaint as paragraphs 1 through 12 of this Count II.

15.　　Benjamin Moore provided paint and paint products to Pathmann.

16.　　Benjamin Moore submitted invoices for purchase orders after delivery of paint and paint products to Pathmann. A copy of the recent summary statement of invoices (the "Statement") submitted to Pathmann is attached hereto as <u>Exhibit 2</u> and made a part hereof.

17.　　Pathmann received and retained each of the purchase orders and the products pertaining thereto without any objection as to the quality or delivery of the products and has accepted such products.

18.　　Pathmann refuses to pay and the balance due and owing under the Statement is $614,025.22 as of April 21, 2008 and for any charges that occur thereafter.

WHEREFORE, Benjamin Moore respectfully requests that this Court enter a judgment in its favor and against Pathmann in the amount of $614,025.22 as of April 21, 2008 and for any charges that occur thereafter or for such other and further relief as this Court deems just and proper.

BENJAMIN MOORE & CO.

By: /s/ *[signature]*

Bryan I. Schwartz
One of its attorneys

Bryan I. Schwartz (ARDC #6192739)
Gary I. Blackman (ARDC # 6187914)
Adam Rome (ARDC # 6278341)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, IL  60602
T: 312-346-8380
F: 312-346-8434
bschwartz@lplegal.com
gblackman@lplegal.com
arome@lplegal.com

# EXHIBIT 1



| Statement Date | Customer Number | |
|---|---|---|
| 4/21/08 | 694921 | |
| Credit Manager | GEORGE SCHULTZ | |
| Sales Representative | FOX/BECK | |
| For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400 | | Page 1 |

SOLD TO:
PATHMANN PAINT CORP
254 N NORTHWEST HIGHWAY
PALATINE, IL 60067 5392

REMIT TO:
BENJAMIN MOORE & CO.
CHICAGO AREA
23966 NETWORK PLACE
CHICAGO, IL 60673-1239

# MONTHLY STATEMENT

## STATEMENT SUMMARY

| Previous Balance | Payments Received | Discounts Earned | Balance Forward | New Charges | New Credits | Balance Due |
|---|---|---|---|---|---|---|
| 606,837.91 | .00 | .00 | 606,837.91 | 7,187.31 | .00 | 614,025.22 |

## AGING SUMMARY

| CURRENT | | | PAST DUE | | | TOTAL |
|---|---|---|---|---|---|---|
| Discountable | Net | Dating | 1 to 30 Days | 31 to 60 Days | 61+ Days | DUE |
| .00 | 121,765.43 | .00 | 1,087.75- | 17,883.73 | 475,463.81 | 614,025.22 |

| Statement Date | Customer number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |
| For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400 | |

## REMITTANCE SUMMARY

REMIT TO:

BENJAMIN MOORE & CO.
CHICAGO AREA
23966 NETWORK PLACE
CHICAGO, IL 60673-1239

| PAYMENT | PAYMENT AMOUNT | |
|---|---|---|
| | CHECK NUMBER | |
| | CHECK DATE | |

Image Control #   00001 00001 00103 07085

# EXHIBIT 2



| Statement Date | Customer Number |
| --- | --- |
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 2

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9/21/05 | *INT63614 | | NET | 1,831.52 | | | | 1,831.52 |
| 11/21/05 | *INT64403 | | NET | 2,356.18 | | | | 2,356.18 |
| 11/22/05 | 28034994100 | | PASTDUE | 3,052.14 | | | | 3,052.14 |
| 11/22/05 | 28034994700 | | PASTDUE | 146.06 | | | | 146.06 |
| 11/29/05 | 28035097300 | | PASTDUE | 3,526.67 | | | | 3,526.67 |
| 11/29/05 | 28035107600 | | PASTDUE | 42.20 | | | | 42.20 |
| 11/29/05 | 28035113100 | WILL CALL | PASTDUE | 713.60 | | | | 713.60 |
| 12/01/05 | 28035153000 | | PASTDUE | 1,488.96 | | | | 1,488.96 |
| 12/01/05 | 28035166700 | | PASTDUE | 4,084.41 | | | | 4,084.41 |
| 12/06/05 | 28035228000 | | PASTDUE | 1,046.90 | | | | 1,046.90 |
| 12/08/05 | 28035282300 | | PASTDUE | 2,758.22 | | | | 2,758.22 |
| 12/08/05 | 28035303800 | | PASTDUE | 431.61 | | | | 431.61 |
| 12/13/05 | 28035363100 | | PASTDUE | 2,559.55 | | | | 2,559.55 |
| 12/13/05 | 28035365500 | | PASTDUE | 168.18 | | | | 168.18 |
| 12/13/05 | 28035367600 | | PASTDUE | 76.02 | | | | 76.02 |
| 12/15/05 | 28035413500 | | PASTDUE | 1,314.72 | | | | 1,314.72 |
| 12/15/05 | 28035436900 | | PASTDUE | 2,160.40 | | | | 2,160.40 |
| 12/21/05 | *INT64819 | | NET | 907.70 | | | | 907.70 |
| 12/22/05 | 28035527200 | | PASTDUE | 1,487.56 | | | | 1,487.56 |
| 12/22/05 | 28035537300 | | PASTDUE | 174.53 | | | | 174.53 |
| 12/23/05 | 28035552600 | | PASTDUE | 3,151.54 | | | | 3,151.54 |
| 12/27/05 | 28035559900 | | PASTDUE | 458.24 | | | | 458.24 |
| 12/28/05 | 28035593000 | | PASTDUE | 3,945.02 | | | | 3,945.02 |
| 1/03/06 | 28035650300 | | PASTDUE | 2,709.36 | | | | 2,709.36 |
| 5/30/06 | *UD280380629 | | PASTDUE | 5,281.81 | | | | 5,281.81 |
| 6/21/06 | *INT67305 | | NET | 1,131.34 | | | | 1,131.34 |
| 7/21/06 | *INT67727 | | NET | 1,078.38 | | | | 1,078.38 |
| 9/21/06 | *INT68566 | | NET | 1,438.78 | | | | 1,438.78 |
| 10/21/06 | *INT68958 | | NET | 895.42 | | | | 895.42 |
| 11/21/06 | *INT69392 | | NET | 1,150.57 | | | | 1,150.57 |
| 12/21/06 | *INT69817 | | NET | 1,394.19 | | | | 1,394.19 |
| 1/21/07 | *INT70241 | | NET | 1,454.13 | | | | 1,454.13 |
| 2/21/07 | *INT70692 | | NET | 1,709.67 | | | | 1,709.67 |
| 3/21/07 | *INT71078 | | NET | 1,742.29 | | | | 1,742.29 |
| 4/21/07 | *INT71447 | | NET | 1,954.47 | | | | 1,954.47 |
| 5/21/07 | *INT71794 | | NET | 2,248.58 | | | | 2,248.58 |
| 5/24/07 | 28048528500 | | PASTDUE | 3,209.91 | | | | 3,209.91 |
| 5/30/07 | 28048609800 | KEVIN | PASTDUE | 1,723.67 | | | | 1,723.67 |
| 5/31/07 | 28048679100 | | PASTDUE | 2,626.99 | | | | 2,626.99 |
| 6/04/07 | 28048757400 | | PASTDUE | 1,352.48 | | | | 1,352.48 |
| 6/07/07 | 28048908900 | | PASTDUE | 4,558.08 | | | | 4,558.08 |
| 6/11/07 | 28048980900 | | PASTDUE | 44.16 | | | | 44.16 |
| 6/11/07 | 28048983800 | | PASTDUE | 3,524.13 | | | | 3,524.13 |
| 6/12/07 | *SP280468804 | | PASTDUE | 1,385.50 | | | | 1,385.50 |
| 6/12/07 | *SP280469551 | | PASTDUE | 2,000.00 | | | | 2,000.00 |
| 6/12/07 | *SP280470551 | | PASTDUE | 3,000.00 | | | | 3,000.00 |
| 6/12/07 | *SP280471308 | | PASTDUE | 4,000.00 | | | | 4,000.00 |
| 6/12/07 | *SP280474010 | | PASTDUE | 3,000.00 | | | | 3,000.00 |
| 6/12/07 | *SP280474792 | | PASTDUE | 3,000.00 | | | | 3,000.00 |
| 6/12/07 | *UD280475835 | | PASTDUE | 1,260.33 | | | | 1,260.33 |
| 6/13/07 | 28049019600 | | PASTDUE | 286.40 | | | | 286.40 |

PATHMANN PAINT CORP                                    Image Control #    00001 00001 00103 07085




| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 3

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 6/14/07 | 28049060400 | | PASTDUE | 1,052.36 | | | | 1,052.36 |
| 6/14/07 | 28049061600 | | PASTDUE | 44.16 | | | | 44.16 |
| 6/14/07 | 28049102200 | | PASTDUE | 5,191.14 | | | | 5,191.14 |
| 6/18/07 | 28049186100 | | PASTDUE | 2,177.85 | | | | 2,177.85 |
| 6/21/07 | 28049292400 | | PASTDUE | 1,878.33 | | | | 1,878.33 |
| 6/21/07 | *INT72136 | | NET | 2,102.37 | | | | 2,102.37 |
| 6/26/07 | 28049362500 | | PASTDUE | 4,626.64 | | | | 4,626.64 |
| 6/26/07 | 28049369500 | STEVE SR. | PASTDUE | 3,024.00 | | | | 3,024.00 |
| 6/26/07 | 29803421400 | | PASTDUE | | 438.52- | | | 438.52- |
| 6/26/07 | 183604 | | PASTDUE | 208.33 | | | | 208.33 |
| 6/26/07 | 183605 | | PASTDUE | 208.33 | | | | 208.33 |
| 6/28/07 | 28049468500 | | PASTDUE | 200.00 | | | | 200.00 |
| 6/28/07 | 29803423500 | 103-073-508-802- | PASTDUE | | 1,385.50- | | | 1,385.50- |
| 6/30/07 | 28049495700 | | PASTDUE | 4,503.95 | | | | 4,503.95 |
| 7/02/07 | 28049562100 | | PASTDUE | 3,702.84 | | | | 3,702.84 |
| 7/03/07 | 29803421300 | | PASTDUE | | 57.25- | | | 57.25- |
| 7/06/07 | 28049642500 | | PASTDUE | 1,804.88 | | | | 1,804.88 |
| 7/10/07 | 28049735200 | | PASTDUE | 2,086.37 | | | | 2,086.37 |
| 7/10/07 | 28049735500 | | PASTDUE | 69.36 | | | | 69.36 |
| 7/12/07 | 29049854300 | | PASTDUE | 2,866.29 | | | | 2,866.29 |
| 7/16/07 | 28049922900 | | PASTDUE | 7,168.45 | | | | 7,168.45 |
| 7/17/07 | 28049967600 | | PASTDUE | 770.16 | | | | 770.16 |
| 7/17/07 | 183908 | | PASTDUE | 208.33 | | | | 208.33 |
| 7/17/07 | 183909 | | PASTDUE | 208.33 | | | | 208.33 |
| 7/19/07 | 28050049500 | | PASTDUE | 1,289.85 | | | | 1,289.85 |
| 7/20/07 | 28049971400 | | PASTDUE | 429.60 | | | | 429.60 |
| 7/21/07 | *INT72481 | | NET | 736.08 | | | | 736.08 |
| 7/24/07 | 28050141300 | | PASTDUE | 1,422.46 | | | | 1,422.46 |
| 7/26/07 | 28050258500 | | PASTDUE | 3,534.47 | | | | 3,534.47 |
| 7/30/07 | 29050393400 | | PASTDUE | 2,394.23 | | | | 2,394.23 |
| 7/30/07 | 29050393600 | | PASTDUE | 46.00 | | | | 46.00 |
| 7/30/07 | 28050394100 | | PASTDUE | 25.20 | | | | 25.20 |
| 8/02/07 | 28050513700 | | PASTDUE | 1,879.76 | | | | 1,879.76 |
| 8/02/07 | 28050513900 | | PASTDUE | 191.96 | | | | 191.96 |
| 8/07/07 | 28050584300 | | PASTDUE | 3,306.13 | | | | 3,306.13 |
| 8/07/07 | 28050587200 | STEVE | PASTDUE | 18.32 | | | | 18.32 |
| 8/09/07 | 28050706300 | | PASTDUE | 2,784.22 | | | | 2,784.22 |
| 8/15/07 | 28050810900 | | PASTDUE | 4,968.41 | | | | 4,968.41 |
| 8/16/07 | 28050886000 | | PASTDUE | 1,120.07 | | | | 1,120.07 |
| 8/20/07 | 28050944600 | | PASTDUE | 1,811.78 | | | | 1,811.78 |
| 8/21/07 | 184176 | | PASTDUE | 208.33 | | | | 208.33 |
| 8/21/07 | 184177 | | PASTDUE | 208.33 | | | | 208.33 |
| 8/21/07 | *INT72861 | | NET | 760.60 | | | | 760.60 |
| 8/23/07 | 28051053100 | | PASTDUE | 3,467.31 | | | | 3,467.31 |
| 8/23/07 | 28803494500 | PICKUP ASAP | PASTDUE | | 64.08- | | | 64.08- |
| 8/27/07 | 28051085000 | | PASTDUE | 365.16 | | | | 365.16 |
| 8/27/07 | 28051132600 | | PASTDUE | 2,870.40 | | | | 2,870.40 |
| 8/30/07 | 28051244000 | | PASTDUE | 3,309.69 | | | | 3,309.69 |
| 9/04/07 | 28051284200 | | PASTDUE | 1,235.37 | | | | 1,235.37 |
| 9/06/07 | 28051345400 | | PASTDUE | 128.88 | | | | 128.88 |
| 9/06/07 | 28051393200 | | PASTDUE | 1,823.35 | | | | 1,823.35 |

PATHMANN PAINT CORP                    Image Control #    00001 00001 00103 07085



| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 4

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 9/06/07 | 28051393300 | | PASTDUE | 88.08 | | | | 88.08 |
| 9/10/07 | 28051453800 | | PASTDUE | 169.87 | | | | 169.87 |
| 9/10/07 | 28051454100 | | PASTDUE | 4,589.33 | | | | 4,589.33 |
| 9/10/07 | 28051458100 | | PASTDUE | 322.60 | | | | 322.60 |
| 9/14/07 | 28051574500 | | PASTDUE | 2,797.61 | | | | 2,797.61 |
| 9/17/07 | 28051651900 | | PASTDUE | 2,202.64 | | | | 2,202.64 |
| 9/17/07 | 28051653600 | | PASTDUE | 1,324.60 | | | | 1,324.60 |
| 9/20/07 | 28051771300 | | PASTDUE | 928.24 | | | | 928.24 |
| 9/21/07 | *INT73242 | | NET | 1,179.28 | | | | 1,179.28 |
| 9/24/07 | 28051841500 | | PASTDUE | 3,971.33 | | | | 3,971.33 |
| 9/27/07 | 28051957600 | | PASTDUE | 1,448.01 | | | | 1,448.01 |
| 9/27/07 | 28051958400 | | PASTDUE | 150.00 | | | | 150.00 |
| 9/27/07 | 28051958600 | | PASTDUE | 2.48 | | | | 2.48 |
| 9/28/07 | 28051958700 | | PASTDUE | 250.60 | | | | 250.60 |
| 9/28/07 | 187710 | | STC | | 1,248.00- | | | 1,248.00- |
| 10/01/07 | 28052032000 | | PASTDUE | 2,121.61 | | | | 2,121.61 |
| 10/01/07 | 28052040300 | | PASTDUE | 48.92 | | | | 48.92 |
| 10/04/07 | 28052154800 | | PASTDUE | 1,700.85 | | | | 1,700.85 |
| 10/04/07 | 28052160300 | | PASTDUE | 1,293.53 | | | | 1,293.53 |
| 10/08/07 | 28052216000 | | PASTDUE | 3,068.47 | | | | 3,068.47 |
| 10/09/07 | 28052255400 | KEVIN | PASTDUE | 1,225.10 | | | | 1,225.10 |
| 10/09/07 | 28052260000 | | PASTDUE | 788.83 | | | | 788.83 |
| 10/11/07 | 28052236300 | | PASTDUE | 1,236.45 | | | | 1,236.45 |
| 10/11/07 | 28052336400 | | PASTDUE | 574.99 | | | | 574.99 |
| 10/15/07 | 28052411400 | | PASTDUE | 2,615.88 | | | | 2,615.88 |
| 10/18/07 | 28052531100 | | PASTDUE | 2,386.04 | | | | 2,386.04 |
| 10/21/07 | *INT73620 | | NET | 1,618.58 | | | | 1,618.58 |
| 10/22/07 | 28052596700 | | PASTDUE | 4,121.76 | | | | 4,121.76 |
| 10/23/07 | 28052607600 | | PASTDUE | 221.96 | | | | 221.96 |
| 10/25/07 | 28052708800 | | PASTDUE | 4,580.98 | | | | 4,580.98 |
| 10/25/07 | 28052709200 | | PASTDUE | 306.47 | | | | 306.47 |
| 10/26/07 | 28803627700 | PER JIM F | PASTDUE | | 359.62- | | | 359.62- |
| 10/30/07 | 28052786600 | | PASTDUE | 7,512.30 | | | | 7,512.30 |
| 11/01/07 | 28052901500 | | PASTDUE | 952.79 | | | | 952.79 |
| 11/01/07 | 28052902100 | | PASTDUE | 24.12 | | | | 24.12 |
| 11/01/07 | 28052902200 | | PASTDUE | 75.00 | | | | 75.00 |
| 11/02/07 | 28052929000 | COLORX LICENSING | PASTDUE | 100.00 | | | | 100.00 |
| 11/05/07 | 28052985000 | | PASTDUE | 1,129.10 | | | | 1,129.10 |
| 11/05/07 | 28052990100 | | PASTDUE | 13.76 | | | | 13.76 |
| 11/08/07 | 28053084000 | | PASTDUE | 3,121.80 | | | | 3,121.80 |
| 11/08/07 | 28053084100 | | PASTDUE | 306.47 | | | | 306.47 |
| 11/12/07 | 28053156800 | | PASTDUE | 4,852.94 | | | | 4,852.94 |
| 11/12/07 | 28803641400 | | PASTDUE | | 54.98- | | | 54.98- |
| 11/12/07 | 28803641500 | | PASTDUE | | 484.30- | | | 484.30- |
| 11/13/07 | 28053142400 | | PASTDUE | 293.56 | | | | 293.56 |
| 11/15/07 | 28053206200 | | PASTDUE | 114.56 | | | | 114.56 |
| 11/15/07 | 28053254900 | | PASTDUE | 3,563.32 | | | | 3,563.32 |
| 11/15/07 | 28053255100 | | PASTDUE | 34.67 | | | | 34.67 |
| 11/16/07 | 28053270800 | FLUID MANAGEMENT | PASTDUE | 1,300.13 | | | | 1,300.13 |
| 11/19/07 | 28053330400 | | PASTDUE | 4,551.17 | | | | 4,551.17 |
| 11/20/07 | 28053341500 | | PASTDUE | 1,978.24 | | | | 1,978.24 |

PATHMANN PAINT CORP                                      Image Control #   00001 00001 00103 07085



| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 5

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 11/21/07 | 28053384200 | | PASTDUE | 2,015.88 | | | | 2,015.88 |
| 11/21/07 | 28053384300 | | PASTDUE | 306.47 | | | | 306.47 |
| 11/21/07 | 28053384400 | | PASTDUE | 625.00 | | | | 625.00 |
| 11/21/07 | *INT74383 | | NET | 2,031.11 | | | | 2,031.11 |
| 11/26/07 | 28053445900 | | PASTDUE | 2,932.26 | | | | 2,932.26 |
| 11/29/07 | 28053538800 | | PASTDUE | 6,122.21 | | | | 6,122.21 |
| 12/21/07 | *INT75133 | | NET | 2,327.18 | | | | 2,327.18 |
| 1/21/08 | *INT75556 | | NET | 2,785.24 | | | | 2,785.24 |
| 2/21/08 | *INT76046 | | NET | 3,382.16 | | | | 3,382.16 |
| 3/04/08 | 28054742500 | | NET | 822.93 | | | | 822.93 |
| 3/04/08 | 28055474300 | | NET | 5,328.81 | | | | 5,328.81 |
| 3/06/08 | 28055533300 | | NET | 5,246.92 | | | | 5,246.92 |
| 3/07/08 | 28803846800 | 2 OZ COLOR SAMPL | NET | | 107.40- | | | 107.40- |
| 3/07/08 | 28803846801 | 2 OZ COLOR SAMPL | NET | 429.60 | | | | 429.60 |
| 3/11/08 | 28055463300 | | PASTDUE | 73.40 | | | | 73.40 |
| 3/11/08 | 28055606000 | | NET | 3,150.08 | | | | 3,150.08 |
| 3/11/08 | 28055608700 | STEVE | NET | 91.59 | | | | 91.59 |
| 3/21/08 | 194499 | | STC | | 1,161.15- | | | 1,161.15- |
| 3/21/08 | *INT76496 | | NET | 3,197.79 | | | | 3,197.79 |
| 4/02/08 | 198067 | | NET | 112.50 | | | | 112.50 |
| 4/02/08 | 198068 | | NET | 112.50 | | | | 112.50 |
| 4/21/08 | *INT76843 | | NET | 3,302.63 | | | | 3,302.63 |
| | | CUSTOMER #694921 | STORE 01 TOTAL | 303,136.28 | 5,360.80- | | | 297,775.48 |
| 8/21/05 | *INT63247 | | NET | 1,541.45 | | | | 1,541.45 |
| 9/15/05 | 28033376200 | | PASTDUE | 1,254.98 | | | | 1,254.98 |
| 9/15/05 | 28033378900 | | PASTDUE | 89.54 | | | | 89.54 |
| 9/16/05 | 28033388400 | | PASTDUE | 400.96 | | | | 400.96 |
| 9/21/05 | *INT63615 | | NET | 1,813.91 | | | | 1,813.91 |
| 11/15/05 | 28034841800 | | PASTDUE | 608.60 | | | | 608.60 |
| 11/15/05 | 28034840300 | | PASTDUE | 4,138.57 | | | | 4,138.57 |
| 11/15/05 | 28034840500 | STEVE | PASTDUE | 24.84 | | | | 24.84 |
| 11/17/05 | 28034882600 | | PASTDUE | 2,245.79 | | | | 2,245.79 |
| 11/17/05 | 28034924300 | | PASTDUE | 847.75 | | | | 847.75 |
| 11/21/05 | 28034924500 | | PASTDUE | 500.00 | | | | 500.00 |
| 11/21/05 | 28034974800 | | PASTDUE | 3,783.34 | | | | 3,783.34 |
| 11/21/05 | 28034977100 | | PASTDUE | 95.70 | | | | 95.70 |
| 11/21/05 | *INT64404 | | NET | 2,635.18 | | | | 2,635.18 |
| 11/25/05 | 28035026600 | | PASTDUE | 2,511.53 | | | | 2,511.53 |
| 11/28/05 | 28035061100 | | PASTDUE | 2,806.15 | | | | 2,806.15 |
| 11/28/05 | 28035061600 | | PASTDUE | 16.74 | | | | 16.74 |
| 11/28/05 | 28035061700 | | PASTDUE | 43.33 | | | | 43.33 |
| 11/28/05 | 28035065300 | | PASTDUE | 142.21 | | | | 142.21 |
| 11/28/05 | 28035067000 | | PASTDUE | 357.79 | | | | 357.79 |
| 11/29/05 | 28035098100 | | PASTDUE | 30.03 | | | | 30.03 |
| 11/29/05 | 28035099200 | | PASTDUE | 870.50 | | | | 870.50 |
| 12/01/05 | 28035156400 | | PASTDUE | 272.78 | | | | 272.78 |
| 12/01/05 | 28035167900 | | PASTDUE | 4,542.93 | | | | 4,542.93 |
| 12/05/05 | 28035223400 | | PASTDUE | 1,848.38 | | | | 1,848.38 |
| 12/08/05 | 28035230900 | | PASTDUE | 4,455.09 | | | | 4,455.09 |

PATHMANN PAINT CORP

Image Control #   00001 00001 00103 07085



| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |
| For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400 | Page 6 |

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12/08/05 | 28035291100 | | PASTDUE | 113.52 | | | | 113.52 |
| 12/08/05 | 28035288400 | | PASTDUE | 290.47 | | | | 290.47 |
| 12/08/05 | 28035291500 | | PASTDUE | 180.60 | | | | 180.60 |
| 12/12/05 | 28035359700 | | PASTDUE | 4,608.90 | | | | 4,608.90 |
| 12/15/05 | 28035433200 | | PASTDUE | 1,517.82 | | | | 1,517.82 |
| 12/16/05 | 28035439500 | | PASTDUE | 1,157.72 | | | | 1,157.72 |
| 12/19/05 | 28035474200 | | PASTDUE | 1,304.12 | | | | 1,304.12 |
| 12/20/05 | 28035477100 | KERRIE | PASTDUE | 636.01 | | | | 636.01 |
| 12/21/05 | *INT64820 | | NET | 857.37 | | | | 857.37 |
| 12/27/05 | 28035570300 | | PASTDUE | 2,465.77 | | | | 2,465.77 |
| 12/28/05 | 28035570600 | | PASTDUE | 393.80 | | | | 393.80 |
| 6/21/06 | *INT67306 | | NET | 1,063.71 | | | | 1,063.71 |
| 7/21/06 | *INT67728 | | NET | 1,031.51 | | | | 1,031.51 |
| 8/21/06 | *INT68158 | | NET | 1,061.74 | | | | 1,061.74 |
| 9/21/06 | *INT68567 | | NET | 1,447.31 | | | | 1,447.31 |
| 10/21/06 | *INT68959 | | NET | 1,029.44 | | | | 1,029.44 |
| 11/21/06 | *INT69383 | | NET | 1,143.70 | | | | 1,143.70 |
| 12/21/06 | *INT69818 | | NET | 1,326.86 | | | | 1,326.86 |
| 1/21/07 | *INT70242 | | NET | 1,320.57 | | | | 1,320.57 |
| 2/21/07 | *INT70693 | | NET | 1,563.56 | | | | 1,563.56 |
| 3/21/07 | *INT71079 | | NET | 1,551.98 | | | | 1,551.98 |
| 4/21/07 | *INT71448 | | NET | 1,993.60 | | | | 1,993.60 |
| 5/21/07 | *INT71795 | | NET | 2,338.91 | | | | 2,338.91 |
| 5/22/07 | 28048399500 | | PASTDUE | 2,302.36 | | | | 2,302.36 |
| 5/22/07 | 28048411500 | | PASTDUE | 153.29 | | | | 153.29 |
| 5/22/07 | 28048411600 | | PASTDUE | 83.95 | | | | 83.95 |
| 5/22/07 | 28048414200 | | PASTDUE | 624.43 | | | | 624.43 |
| 5/24/07 | 28048524600 | | PASTDUE | 3,855.11 | | | | 3,855.11 |
| 5/30/07 | 28048615300 | | PASTDUE | 214.80 | | | | 214.80 |
| 5/30/07 | 28048610500 | | PASTDUE | 1,222.73 | | | | 1,222.73 |
| 5/31/07 | 28048677000 | | PASTDUE | 2,277.74 | | | | 2,277.74 |
| 6/04/07 | 28048755300 | | PASTDUE | 5,358.52 | | | | 5,358.52 |
| 6/06/07 | 28803393400 | PER JIM F | PASTDUE | | 288.28- | | | 288.28- |
| 6/07/07 | 28048907900 | | PASTDUE | 3,925.31 | | | | 3,925.31 |
| 6/11/07 | 28048980500 | | PASTDUE | 3,229.56 | | | | 3,229.56 |
| 6/12/07 | *SP280469485 | | PASTDUE | 4,000.00 | | | | 4,000.00 |
| 6/12/07 | *SP280470553 | | PASTDUE | 4,000.00 | | | | 4,000.00 |
| 6/12/07 | *SP280471296 | | PASTDUE | 2,000.00 | | | | 2,000.00 |
| 6/12/07 | *SP280472440 | | PASTDUE | 5,000.00 | | | | 5,000.00 |
| 6/14/07 | 28049086700 | | PASTDUE | 3,062.61 | | | | 3,062.61 |
| 6/14/07 | 28049088900 | | PASTDUE | 1,350.09 | | | | 1,350.09 |
| 6/18/07 | 28049176800 | | PASTDUE | 1,262.21 | | | | 1,262.21 |
| 6/20/07 | 28049201400 | | PASTDUE | 207.64 | | | | 207.64 |
| 6/21/07 | 28049292000 | | PASTDUE | 4,783.40 | | | | 4,783.40 |
| 6/21/07 | *INT72137 | | NET | 2,179.89 | | | | 2,179.89 |
| 6/26/07 | 28049371000 | | PASTDUE | 1,712.94 | | | | 1,712.94 |
| 6/28/07 | 28049468600 | | PASTDUE | 200.00 | | | | 200.00 |
| 6/28/07 | 28049481600 | | PASTDUE | 5,681.27 | | | | 5,681.27 |
| 7/03/07 | 28049564900 | | PASTDUE | 3,814.42 | | | | 3,814.42 |
| 7/05/07 | 28049639100 | | PASTDUE | 27.82 | | | | 27.82 |
| 7/06/07 | 28049632600 | | PASTDUE | 1,701.43 | | | | 1,701.43 |

PATHMANN PAINT CORP          Image Control #   00001 00001 00103 07085


Benjamin Moore® Paints

| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 7

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 7/10/07 | 28049732700 | | PASTDUE | 1,633.65 | | | | 1,633.65 |
| 7/10/07 | 28049733200 | | PASTDUE | 73.40 | | | | 73.40 |
| 7/12/07 | 28049855400 | | PASTDUE | 3,716.07 | | | | 3,716.07 |
| 7/16/07 | 28049823000 | | PASTDUE | 221.96 | | | | 221.96 |
| 7/16/07 | 28049935400 | | PASTDUE | 7,320.14 | | | | 7,320.14 |
| 7/21/07 | *INT72482 | | NET | 698.24 | | | | 698.24 |
| 7/23/07 | 28050109800 | CARRIE | PASTDUE | 1,450.56 | | | | 1,450.56 |
| 7/23/07 | 28050137100 | | PASTDUE | 2,306.64 | | | | 2,306.64 |
| 7/26/07 | 28050255200 | | PASTDUE | 1,306.91 | | | | 1,306.91 |
| 7/30/07 | 28050389800 | | PASTDUE | 2,628.69 | | | | 2,628.69 |
| 8/02/07 | 28050482100 | | PASTDUE | 422.44 | | | | 422.44 |
| 8/02/07 | 28050510200 | | PASTDUE | 2,372.72 | | | | 2,372.72 |
| 8/07/07 | 28050575200 | | PASTDUE | 2,465.34 | | | | 2,465.34 |
| 8/09/07 | 28050697100 | | PASTDUE | 4,405.44 | | | | 4,405.44 |
| 8/13/07 | 28050771300 | | PASTDUE | 2,965.70 | | | | 2,965.70 |
| 8/15/07 | 28050785800 | | PASTDUE | 221.96 | | | | 221.96 |
| 8/15/07 | 28050771800 | | PASTDUE | 300.00 | | | | 300.00 |
| 8/15/07 | 28050813700 | | PASTDUE | 646.92 | | | | 646.92 |
| 8/15/07 | 28050814100 | STEVE | PASTDUE | 147.19 | | | | 147.19 |
| 8/16/07 | 28050877900 | | PASTDUE | 2,473.68 | | | | 2,473.68 |
| 8/20/07 | 28050952000 | | PASTDUE | 1,498.35 | | | | 1,498.35 |
| 8/21/07 | *INT72862 | | NET | 722.78 | | | | 722.78 |
| 8/23/07 | 28051056200 | | PASTDUE | 3,269.53 | | | | 3,269.53 |
| 8/27/07 | 28051127800 | | PASTDUE | 2,232.40 | | | | 2,232.40 |
| 8/30/07 | 28051244400 | | PASTDUE | 3,603.69 | | | | 3,603.69 |
| 8/30/07 | 28051245700 | | PASTDUE | 1,075.34 | | | | 1,075.34 |
| 9/04/07 | 28051286200 | | PASTDUE | 3,345.79 | | | | 3,345.79 |
| 9/05/07 | 28051329700 | | PASTDUE | 300.72 | | | | 300.72 |
| 9/06/07 | 28051386200 | | PASTDUE | 3,095.64 | | | | 3,095.64 |
| 9/10/07 | 28051460800 | | PASTDUE | 3,222.97 | | | | 3,222.97 |
| 9/14/07 | 28051569100 | | PASTDUE | 3,843.48 | | | | 3,843.48 |
| 9/17/07 | 28051652100 | | PASTDUE | 3,939.03 | | | | 3,939.03 |
| 9/20/07 | 28051704300 | | PASTDUE | 207.64 | | | | 207.64 |
| 9/20/07 | 28051769700 | | PASTDUE | 2,628.09 | | | | 2,628.09 |
| 9/21/07 | 28051776900 | | PASTDUE | 3,280.32 | | | | 3,280.32 |
| 9/21/07 | *INT73243 | | NET | 1,239.73 | | | | 1,239.73 |
| 9/24/07 | 28051840700 | | PASTDUE | 1,969.05 | | | | 1,969.05 |
| 9/27/07 | 28051955300 | | PASTDUE | 9,079.42 | | | | 9,079.42 |
| 10/01/07 | 28052038200 | | PASTDUE | 1,357.62 | | | | 1,357.62 |
| 10/04/07 | 28052155400 | | PASTDUE | 2,460.80 | | | | 2,460.80 |
| 10/08/07 | 28052223900 | | PASTDUE | 2,545.13 | | | | 2,545.13 |
| 10/08/07 | 28052225100 | | PASTDUE | 142.00 | | | | 142.00 |
| 10/11/07 | 28052272300 | | PASTDUE | 257.76 | | | | 257.76 |
| 10/11/07 | 28052331800 | | PASTDUE | 4,668.68 | | | | 4,668.68 |
| 10/11/07 | 28052332300 | | PASTDUE | 300.00 | | | | 300.00 |
| 10/11/07 | 28052342800 | | PASTDUE | 197.66 | | | | 197.66 |
| 10/15/07 | 28052412000 | | PASTDUE | 3,322.82 | | | | 3,322.82 |
| 10/18/07 | 28052523200 | | PASTDUE | 1,361.07 | | | | 1,361.07 |
| 10/18/07 | 28052535700 | | PASTDUE | 167.42 | | | | 167.42 |
| 10/21/07 | *INT73621 | | NET | 1,586.33 | | | | 1,586.33 |
| 10/22/07 | 28052591100 | | PASTDUE | 5,531.84 | | | | 5,531.84 |

PATHMANN PAINT CORP                           Image Control # CC001 00001 00103 07085



| Statement Date | Customer Number |
|---|---|
| 4/21/08 | 694921 |
| Credit Manager | GEORGE SCHULTZ |
| Sales Representative | FOX/BECK |

For questions about this statement, please contact your credit manager or cash applications department at (800) 344-0400

Page 8

## MONTHLY ACTIVITY

| Date | Number | Customer P.O. # | Comment | Charges | Credits | Anticipated If Paid by 5/10/08 | Cash | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 10/25/07 | 29052708200 | | PASTDUE | 2,344.52 | | | | 2,344.52 |
| 10/25/07 | 28052710300 | | PASTDUE | 84.04 | | | | 84.04 |
| 10/26/07 | 29803627900 | PER JIM F | PASTDUE | | 711.10- | | | 711.10- |
| 10/30/07 | 29052788100 | | PASTDUE | 212.73 | | | | 212.73 |
| 10/30/07 | 28052790200 | | PASTDUE | 8,287.28 | | | | 8,287.28 |
| 11/01/07 | 28052893700 | | PASTDUE | 1,128.11 | | | | 1,128.11 |
| 11/06/07 | 28052990200 | | PASTDUE | 3,234.23 | | | | 3,234.23 |
| 11/08/07 | 28053085200 | | PASTDUE | 4,284.81 | | | | 4,284.81 |
| 11/08/07 | 28053096700 | | PASTDUE | 27.45 | | | | 27.45 |
| 11/12/07 | 28053157700 | | PASTDUE | 5,013.34 | | | | 5,013.34 |
| 11/12/07 | 28053159100 | | PASTDUE | 82.39 | | | | 82.39 |
| 11/15/07 | 28052965000 | | PASTDUE | 322.20 | | | | 322.20 |
| 11/15/07 | 28053205000 | 11-14-07 | PASTDUE | 322.20 | | | | 322.20 |
| 11/15/07 | 28053260300 | | PASTDUE | 1,483.72 | | | | 1,483.72 |
| 11/16/07 | 28053270600 | FLUID MANAGEMENT | PASTDUE | 1,237.63 | | | | 1,237.63 |
| 11/19/07 | 28053327400 | | PASTDUE | 5,045.19 | | | | 5,045.19 |
| 11/19/07 | 28053328800 | | PASTDUE | 856.80 | | | | 856.80 |
| 11/21/07 | *INT74384 | | NET | 2,026.17 | | | | 2,026.17 |
| 11/26/07 | 28053349700 | | PASTDUE | 616.34 | | | | 616.34 |
| 11/26/07 | 28053446300 | | PASTDUE | 2,313.00 | | | | 2,313.00 |
| 11/29/07 | 28053486800 | | PASTDUE | 214.80 | | | | 214.80 |
| 11/29/07 | 28053540500 | | PASTDUE | 5,684.62 | | | | 5,684.62 |
| 12/10/07 | 28053772300 | | PASTDUE | .50 | | | | .50 |
| 12/21/07 | *INT75134 | | NET | 2,471.04 | | | | 2,471.04 |
| 1/21/08 | *INT75557 | | NET | 2,991.00 | | | | 2,991.00 |
| 2/21/08 | *INT76047 | | NET | 3,565.04 | | | | 3,565.04 |
| 2/25/08 | 29055309000 | | NET | 1,732.68 | | | | 1,732.68 |
| 3/06/08 | 29055531600 | | NET | 7,902.25 | | | | 7,902.25 |
| 3/11/08 | 28055607500 | | NET | 3,563.33 | | | | 3,563.33 |
| 3/11/08 | 28055610600 | | NET | 63.36 | | | | 63.36 |
| 3/11/08 | 28055611100 | | NET | 164.78 | | | | 164.78 |
| 3/12/08 | 28055615400 | | NET | 143.20 | | | | 143.20 |
| 3/21/08 | *INT76497 | | NET | 3,431.36 | | | | 3,431.36 |
| 4/21/08 | *INT76844 | | NET | 3,659.68 | | | | 3,659.68 |
| | | CUSTOMER #695121 | STORE 02 TOTAL | 317,249.12 | 999.38- | | | 316,249.74 |
| | | STATEMENT TOTALS | | 620,385.40 | 6,360.18- | | | 614,025.22 |
| | | TOTAL DUE IF PAID BY 5/10/08 | | | | | | 614,025.22 |
| | | TOTAL DUE PAID AFTER 5/10/08 | | | | | | 614,025.22 |

PATHMANN PAINT CORP

Image Control #   00001 00001 00103 07085