U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BENJAMIN MOORE & CO. a New Jersey corporation, vs. PATHMANN PAINT CORPORATION, an Illinois corporation. | FILED: JUNE 9, 2008 08CV3307 JUDGE LINDBERG MAGISTRATE JUDGE ASHMAN PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Benjamin Moore & CO.

| NAME (Type or print) |
|---|
|  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Adam B. Rome |
| FIRM Levenfeld Pearlstein, LLC |
| STREET ADDRESS 2 N. LaSalle St., Ste. 1300 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278341 | TELEPHONE NUMBER 312-346-8380 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐